UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA ESCOBEDO, | No. 2:16-cv-00398-GGH |
| Petitioner, | |
| v. | ORDER |
| ARNOLD SCHWARZENEGGER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee. The court will also dismiss the petition because it is illegible and fails to state a claim.

Rule 4 of the Rules Governing Section 2254 Cases provides in pertinent part:

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

The Advisory Committee Notes to Rule 8 indicate that the court may dismiss a petition for writ of habeas corpus, either on its own motion under Rule 4, pursuant to the respondent's motion to dismiss, or after an answer to the petition has been filed. A petition for habeas corpus should not

1

1 | be dismissed without leave to amend unless it appears that no tenable claim for relief can be
2 | pleaded were such leave granted.  Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir. 1971).
3 |       The petition clearly does not entitle petitioner to relief because the majority of it is
4 | handwritten and illegible.  Rule 2(c)(4) of the Rules Governing Section 2254 Cases states: "The
5 | petition must: be printed, typewritten, or legibly handwritten."  Accordingly, the court will
6 | dismiss the petition sua sponte with leave to amend.
7 |       In accordance with the above, IT IS HEREBY ORDERED that:
8 |       1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in
9 | support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's
10 | failure to comply with this order will result in the dismissal of this action;
11 |       2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis
12 | form used by this district;
13 |       3.  Petitioner's application for writ of habeas corpus is dismissed with leave to amend
14 | within thirty days from the date of this order;
15 |       4.  Any amended petition must bear the case number assigned to this action and the title
16 | "Amended Petition";
17 |       5.  Arnold Schwarzenegger was previously named as the respondent.  Jeffrey Macomber
18 | is currently the warden of California State Prison, Sacramento, where petitioner is incarcerated.
19 | "A petitioner for habeas corpus relief must name the state officer having custody of him or her as
20 | the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.
21 | 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254).  Accordingly, the court substitutes Jeffrey
22 | Macomber as respondent; and
23 |       6.  The Clerk of the Court is directed to send petitioner the court's form for application for
24 | writ of habeas corpus.
25 | Dated:  March 26, 2016
26 |                        /s/ Gregory G. Hollows
27 |                    UNITED STATES MAGISTRATE JUDGE
28 | /GGH17; esco398.dism